UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REXEL, INC., REXEL DÉVELOPPEMENT
SAS, and SOUTHERN ELECTRIC
SUPPLY CO., INC.,

        Plaintiffs,
v.                                  Case No.   8:12-cv-678-T-33TGW

ROBERT R. HOLCOMB, and
REDEMPTECH HOLDINGS PTY, LTD.,
a/k/a REDEMPTECH HOLDINGS PTE,
LTD., REDEMPTECH LIMITED and
REDEMPTECH AUSTRALIA PVT. LTD.,

        Defendants.
_____/

## ORDER

This cause is before the Court pursuant to Plaintiffs' Verified Motion for Preliminary Injunction (Doc. # 2), filed on March 30, 2012.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such a motion. For purposes of judicial economy and in order to expedite the disposition of this motion, the Court shall so refer the aforementioned motion.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

Plaintiffs' Verified Motion for Preliminary Injunction (Doc. # 2) is hereby referred to the Honorable Thomas G. Wilson, United States Magistrate Judge, for the issuance of a report and recommendation, including any hearings, motions and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>4th</u> day of April 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record