UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REXEL, INC., REXEL DEVELOPMENT
SAS, and SOUTHERN ELECTRIC SUPPLY
CO., INC.,
               Plaintiffs

v.

ROBERT R. HOLCOMB, AND REDEMPTECH
HOLDINGS PTY, LTD., a/k/a REDEMPTECH
HOLDINGS PTE, LTD., REDEMPTECH
LIMITED AND REDEMPTECH AUSTRALIA
PVT, LTD.
               Defendants

               Civil Action No. 8:12-CV-678

MOTION TO DISMISS UNDER RULE 12(b)
FOR LACK OF JURISDICTION, IMPROPER VENUE,
AND FAILURE TO JOIN INDISPENSABLE PARTY

Defendant Robert R. Holcomb moves to dismiss the complaint on the following grounds:

1. Plaintiffs have joined Defendant Holcomb individually due to their mistaken belief that Defendant Holcomb is a principal in REDEMPTECH HOLDINGS PTY, LTD., a/k/a REDEMPTECH HOLDINGS PTE, LTD., REDEMPTECH LIMITED AND REDEMPTECH AUSTRALIA PVT, LTD. (hereinafter the "Corporate Defendants").

2. None of the Corporate Defendants have a physical or legal presence in the US, and all of the work done for the companies here in Florida (in the US, period) has been done by an independent contractor.

3. The Corporate Defendants are not subject to the personal jurisdiction of this court.

4. Venue is improper because the Corporate defendants are not located, nor do any of their principals reside, in this district and no part of the events or omissions giving rise to the claim occurred in the district.

5. Because the Corporate Defendants are not subject to service of process in Florida; their joinder would deprive the court of jurisdiction over the subject matter of this action; and in their absence complete relief cannot be accorded among those already parties, as more clearly appears from the affidavit of Robert Holcomb, attached as Exhibit F.

6. I certify that copies of this motion and the attached affidavit of Robert Holcomb, have been furnished by fax to Richard Dellinger and Melody Lynch, attorneys for plaintiff, on May 2, 2012.

Dated: May 2, 2012

Respectfully submitted,

/s/ Jamie N. Pitts, Esq.
Jamie N. Pitts, Esquire
Attorney for Defendant Robert Holcomb

The Law Office of Jamie N. Pitts, Esq., P.A.
1064 N. Tamiami Trail, #1533
Sarasota, FL 34236

Phone: (941) 893-7751
Fax: (855) 224-7819

State Bar No: 0072632