

# Fwd: Billy (Rexel) consulting fee
1 message

**Robert Holcomb** <robert.holcomb@redemptech.co.nz>  Tue, May 1, 2012 at 4:18 PM
To: Jamie Pitts <jamienpitts@jnplawfirm.com>

---------- Forwarded message ----------
From: **Robert Holcomb** <robert.holcomb@redemptech.co.nz>
Date: Mon, Jan 9, 2012 at 3:30 PM
Subject: Billy (Rexel) consulting fee
To: Stephen Bennett <stephen.bennett@redemptech.co.nz>, Graham Vankan <graham.vankan@redemptech.co.nz>


Hi guys,

Here is the invoice for Billy's (from Rexel) consulting services over the last two years.

--
Robert Holcomb
Consultant
Redemptech Holdings Pte. Ltd.
Level 30, Six Battery Road, Singapore 049909
Mobile:  +1 941 284 1419
Email:  robert.holcomb@redemptech.co.nz

This email and any files transmitted with it is intended solely for the use of the individual or entity to whom it is addressed and may contain information that is confidential and privileged.  If you are not the intended recipient you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited.  If you have received this email in error, please notify us immediately by return email and delete the original message including any attached files.   Thank you.

50 HRS. X $50.00 CONSULTIN
CHARGE FOR 2010 AND 2011/
$2500.00

$2500.00 SIGNATURE AND
APPROVAL DOCUMENT
CGARGES

TOTAL FOR ALL CONSULTIN
AND APPROVAL $5000.00

**CCF01092012_0000.jpg**
414K