UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:   8:12-CV-678-T-33TGW

REXEL, INC., REXEL DÉVELOPPEMENT SAS,
and SOUTHERN ELECTRIC SUPPLY CO., INC.,

    Plaintiffs,

v.

ROBERT HOLCOMB and REDEMPTECH
HOLDINGS PTY, LTD., a/k/a REDEMPTECH
HOLDINGS PTE, LTD., REDEMPTECH
LIMITED and REDEMPTECH AUSTRALIA PVT.
LTD.,

    Defendants.                                              /

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, REXEL, INC., REXEL DÉVELOPPEMENT SAS, and SOUTHERN ELECTRIC SUPPLY CO., INC., by and through their undersigned attorneys hereby disclose the following Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   Richard S. Dellinger, Esquire
   Melody B. Lynch, Esquire
   Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
   P.O. Box 2809
   Orlando, Florida 32802
   Counsel for Rexel, Inc., Rexel Développement SAS, and Southern Electric Supply Co., Inc.

   Rexel (France)
   c/o Richard S. Dellinger, Esquire

Rexel Développement SAS
c/o Richard S. Dellinger, Esquire

Rexel Holding Switzerland SA
c/o Richard S. Dellinger, Esquire

Elektro Material AG
c/o Richard S. Dellinger, Esquire

Rexel Luxembourg SA
c/o Richard S. Dellinger, Esquire

Rexel Holdings USA Corp.
c/o Richard S. Dellinger, Esquire

Southern Electric Supply Co., Inc.
c/o Richard S. Dellinger, Esquire

Jamie N. Pitts, Esquire
The Law Office of Jamie N. Pitts, Esq., P.A.
1064 N. Tamiami Trail
Suite 1533
Sarasota, Florida 34236
Counsel for Defendant, Robert R. Holcomb

Robert R. Holcomb

Redemptech Holdings Pty, Ltd., a/k/a Redemptech Holdings, PTE, Ltd.
*Pro Se*

Redemptech Limited
*Pro Se*

Redemptech Australia PVT, Ltd.
*Pro Se*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Rexel (France) – Publicly traded company listed on the NYSE Euronext Paris Exchange.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

Unknown at this time.

5. Check one of the following:

__X__ (a) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

/s/ RICHARD S. DELLINGER
**RICHARD S. DELLINGER, ESQUIRE**
Florida Bar No. 0179957
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Counsel for Rexel, Inc., Rexel Développement SAS, and Southern Electric Supply Co., Inc

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 10, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Jamie N. Pitts, Esquire,** The Law Office of Jamie N. Pitts, Esq., P.A., 1064 N. Tamiami Trail, Suite 1533, Sarasota, Florida 34236 (counsel for Defendant, Robert Holcomb)

/s/ RICHARD S. DELLINGER
**RICHARD S. DELLINGER**