UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:12-CV-678-T-33TGW    DATE: MAY 16, 2012

TITLE: REXEL, INC., et al. -v- ROBERT HOLCOMB, et al.
TIME: 10:43 - 10:52

Honorable THOMAS G. WILSON

Deputy Clerk:      Carrie Williams
Court Reporter:    Janie Gibbs
Tape:              Digital                                Courtroom 12A

*Attorneys for Plaintiffs*:    Melody Lynch, Richard Dellinger
*Attorney for Defendants*:     Jamie Pitts

**PROCEEDING: M/PRELIMINARY INJUNCTION**

Court convened; defendants have not filed response; court will recommend that injunction be entered.